**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>FR8 Space LLC,<br><br>Debtor. | Case No.: 20-21928<br><br>Hearing Date: December 10, 2020<br><br>Chapter: 11 (Small Business Subchapter V)<br><br>Judge: Vincent F. Papalia |

### NOTICE OF STATUS HEARING

You are hereby notified of a hearing before the Honorable Vincent F. Papalia, United States Bankruptcy Judge.

**Reason for Hearing:** Status Conference

**NOTE:** In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory *Local Form Subchapter V Status Report* can be found at www.njb.uscourts.gov under the "forms" tab.

**Location of Hearing:** By Telephone Conference Call via Court Solutions. Please schedule an appearance by contacting Court Solutions at 917-746-7476

**Date and Time:** December 10, 2020 at 10:00am, or as soon thereafter as counsel may be heard.

### COURT APPEARANCES ARE REQUIRED

DATE: October 28, 2020

JEANNE A. NAUGHTON, Clerk

By: /S/ Juan Filgueiras
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on October 28, 20 20 this notice was served on the following:

JEANNE A. NAUGHTON, Clerk

By: /S/ Juan Filgueiras
Deputy Clerk

*new.2/19/2020*

United States Bankruptcy Court

District of New Jersey

In re:  
FR8 Space LLC  
    Debtor(s)

Case No. 20-21928-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1  
Date Rcvd: Oct 28, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

**Recip ID**     **Recipient Name and Address**  
db     + FR8 Space LLC, 25 Continental Drive, Wayne, NJ 07470-4710

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

**Name**     **Email Address**

David Gerardi  
    on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

David L. Bruck  
    on behalf of Debtor FR8 Space LLC bankruptcy@greenbaumlaw.com

David L. Bruck  
    on behalf of Plaintiff FR8 Space LLC bankruptcy@greenbaumlaw.com

Scott S. Rever  
    srever@wjslaw.com

U.S. Trustee  
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5