| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Greenbaum, Rowe, Smith & Davis LLP**<br>David L. Bruck, Esq.<br>Metro Corporate Campus One<br>P.O. Box 5600<br>Woodbridge, New Jersey 07095<br>dbruck@greenbaumlaw.com<br>(732) 549-5600<br>Proposed Attorneys for the Debtor | Order Filed on November 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**FR8 SPACE, LLC,**<br><br>              Debtor. | Chapter 11 Proceeding<br><br>Case No. 20-21928 |

**ORDER AUTHORIZING RETENTION OF GREENBAUM, ROWE, SMITH & DAVIS LLP, AS COUNSEL FOR THE DEBTOR**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 16, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

6546187.1

Upon the applicant's request for authorization to retain Greenbaum, Rowe, Smith & Davis LLP as counsel for the Debtor, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:

> Greenbaum, Rowe, Smith & Davis LLP
> Attn: David L. Bruck, Esq.
> PO Box 5600
> Woodbridge, New Jersey 07095
> Telephone: 732-476-2440

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is

☐ Granted    ☐ Denied

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date of the filing of this Application.

2

6546187.1