| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Greenbaum, Rowe, Smith & Davis LLP**<br>David L. Bruck, Esq.<br>Metro Corporate Campus One<br>P.O. Box 5600<br>Woodbridge, New Jersey 07095<br>dbruck@greenbaumlaw.com<br>(732) 549-5600<br>Proposed Attorneys for the Debtor | Order Filed on November 16, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**FR8 SPACE, LLC,**<br><br>      Debtor. | Chapter 11 Proceeding<br><br>Case No. 20-21928 |

### ORDER AUTHORIZING RETENTION OF GREENBAUM, ROWE, SMITH & DAVIS LLP, AS COUNSEL FOR THE DEBTOR

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 16, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

6546187.1

Upon the applicant's request for authorization to retain Greenbaum, Rowe, Smith & Davis LLP as counsel for the Debtor, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:

> Greenbaum, Rowe, Smith & Davis LLP
> Attn: David L. Bruck, Esq.
> PO Box 5600
> Woodbridge, New Jersey 07095
> Telephone: 732-476-2440

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is

☐ Granted    ☐ Denied

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date of the filing of this Application.

6546187.1

United States Bankruptcy Court

District of New Jersey

In re:  
FR8 Space LLC  
    Debtor(s)

Case No. 20-21928-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Nov 16, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

**Recip ID     Recipient Name and Address**  
db     + FR8 Space LLC, 25 Continental Drive, Wayne, NJ 07470-4710

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2020 at the address(es) listed below:**

**Name     Email Address**

David Gerardi  
    on behalf of U.S. Trustee U.S. Trustee david.gerardi@usdoj.gov

David L. Bruck  
    on behalf of Debtor FR8 Space LLC bankruptcy@greenbaumlaw.com

David L. Bruck  
    on behalf of Plaintiff FR8 Space LLC bankruptcy@greenbaumlaw.com

Ilana Volkov  
    on behalf of Creditor Pet Needs-Totowa (25 Continental) L.L.C. ivolkov@mcgrailbensinger.com

Ilana Volkov  
    on behalf of Creditor 20 Continental Drive  L.L.C. ivolkov@mcgrailbensinger.com

Ilana Volkov  
    on behalf of Defendant Pet Needs Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 16, 2020 | Form ID: pdf903 | Total Noticed: 1

Ilana Volkov
    on behalf of Defendant 20 Continental Drive  LLC ivolkov@mcgrailbensinger.com

Scott S. Rever
    srever@wjslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9